THOMAS B. JOYCE, Appellant, v. MARY JOYCE, Respondent. (Appeal No. 1.) — Order granting motion for alimony and counsel fee modified by reducing the amount of alimony to $35 a week and the counsel fee to $600, and as so modified affirmed, without costs. This disposition has no binding force, one way or the other, upon the Special Term for Trials as to the amount of alimony to be

awarded, if any, upon the determination of the action. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.